# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SCOTT LEE BROWN

NO. 2020 KW 0380

**JUNE 19, 2020**

---

In Re:    Scott Lee Brown, applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, No.
          532062.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief, the bill of information, the commitment order, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the instant writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before August 18, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_[signature]_

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving _pro tempore_ by special appointment of the Louisiana Supreme Court.